UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>HDR GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, ABS GLOBAL TRADING LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA) LIMITED, ARTHUR HAYES, BEN PETER DELO, AND SAMUEL REED,<br><br>      Defendants. | Case No. 01:20-cv-08132-MKV<br><br>Hon. Mary Kay Vyskocil |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SERVICE AND TIME TO RESPOND TO COMPLAINT**

Plaintiff Commodity Futures Trading Commission and defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, HDR Global Services (Bermuda) Limited, Arthur Hayes, and Samuel Reed (collectively, the "Stipulating Defendants"), by and through their undersigned counsel, and subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on October 1, 2020, plaintiff filed a Complaint (ECF No. 1) in the above-captioned action;

WHEREAS, since filing the Complaint, plaintiff has commenced efforts to seek waiver of service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure; and

-2-

WHEREAS, each of the Stipulating Defendants has agreed to waive service of the Summons and Complaint, subject to all jurisdictional defenses and the terms and conditions stipulated below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff and the Stipulating Defendants, by and through their undersigned counsel, as follows:

1. Subject to the provisions set forth in paragraph 3 below and the reservation of rights contained in paragraph 2 below, and for purposes of this action only, the Stipulating Defendants agree to waive service of the Summons and Complaint.

2. Except as to the defense of insufficiency of service of process, no defense of the Stipulating Defendants to the claims in the above-captioned action, including without limitation defenses based upon lack of personal or subject matter jurisdiction, lack of standing, improper venue, or a Stipulating Defendant having been improperly named, is prejudiced or waived by the execution of, agreement to, or filing of this stipulation, or by the agreement to waive service of the Summons and Complaint.

3. The Stipulating Defendants will move against, answer, or otherwise respond to the Complaint by January 15, 2021, or such other later date as the Court may determine is appropriate.

Dated: October 23, 2020

Respectfully submitted,

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | SULLIVAN & CROMWELL LLP |
| By: */s/ Joseph Platt* | By: */s/ Kenneth M. Raisler* |
| Carlin Metzger (*cmetzger@cftc.gov*) | Kenneth M. Raisler (*raislerk@sullcrom.com*) |
| Brigitte Weyls (*bweyls@cftc.gov*) | Kathleen S. McArthur (*mcarthurk@sullcrom.com*) |
| Joseph Platt (*jplatt@cftc.gov*) | Suniti N. Mehta (*mehtas@sullcrom.com*) |
| Elizabeth N. Pendleton (*ependleton@cftc.gov*) | 125 Broad Street |
| Scott R. Williamson (*swilliamson@cftc.gov*) | New York, NY 10004 |
| 525 West Monroe Street, Suite 1100 | Tel.: 212-558-4000 |
| Chicago, Illinois 60661 | Fax: 212-558-3588 |
| Tel.: 312-596-0700 | |
| Fax: 312-596-0714 | *Counsel for Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, and HDR Global Services (Bermuda) Limited* |
| *Counsel for Plaintiff* | |
| | AKIN GUMP STRAUS HAUER & FELD LLP |
| | By: */s/ James J. Benjamin, Jr.* |
| | James J. Benjamin, Jr. (*jbenjamin@akingump.com*) |
| | Peter I. Altman (*paltman@akingump.com*) |
| | Katherine R. Goldstein (*kgoldstein@akingump.com*) |
| | One Bryant Park |
| | New York, NY 10036 |
| | Tel.: (212) 872-1000 |
| | Fax: (212) 872-1002 |
| | *Counsel for Arthur Hayes* |

-4-

        LATHAM & WATKINS LLP


By:  */s/ Douglas K. Yatter*
Douglas K. Yatter (*douglas.yatter@lw.com*)
Jack M. McNeily (*jack.mcneily@lw.com*)
885 Third Avenue,
New York, NY  10022
Tel:  (212) 906-1200
Fax:  (212) 751-4864

*Counsel for Samuel Reed*


SO ORDERED


Date: _____

        Hon. Mary Kay Vyskocil
        United States District Judge