UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
COMMODITY FUTURES TRADING                                  :
COMMISSION,                                                :
                                                           :
                    Plaintiff,                             :   Case No. 01:20-cv-08132-MKV
                                                           :
            v.                                             :
                                                           :
                                                           :   Hon. Mary Kay Vyskocil
HDR GLOBAL TRADING LIMITED,                                :
100X HOLDINGS LIMITED, ABS                                 :
GLOBAL TRADING LIMITED, SHINE                              :
EFFORT INC LIMITED, HDR GLOBAL                             :
SERVICES (BERMUDA) LIMITED,                                :
ARTHUR HAYES, BEN PETER DELO,                              :
AND SAMUEL REED,                                           :
                                                           :
                    Defendants.                            :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2021

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Commodity Futures Trading Commission and Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, HDR Global Services (Bermuda) Limited, Arthur Hayes, and Samuel Reed (collectively, the "Stipulating Defendants"), by and through their undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on October 1, 2020, plaintiff filed a Complaint (ECF No. 1) in the above-captioned action;

WHEREAS, in its October 26, 2020 Order (ECF No. 31), the Court accepted the Stipulating Defendants' waiver of service of plaintiff's Complaint and ordered the Stipulating Defendants to move against, answer, or otherwise respond to the Complaint by January 15, 2021;

-2-

WHEREAS, in its January 12, 2021 Order (ECF No. 37) and its February 11, 2021 Order (ECF No. 41), the Court granted the parties' letter motions to extend the Stipulating Defendants' time to respond to the Complaint to March 29, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff and the Stipulating Defendants, by and through their undersigned counsel, that the Stipulating Defendants will move against, answer, or otherwise respond to the Complaint by May 28, 2021, or such other later date as the Court may determine is appropriate.

Dated:  March 26, 2021

Respectfully submitted,

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | SULLIVAN & CROMWELL LLP |
| By:  */s/ Carlin Metzger* <br> Carlin Metzger (*cmetzger@cftc.gov*) <br> Joseph Platt (*jplatt@cftc.gov*) <br> Elizabeth N. Pendleton (*ependleton@cftc.gov*) <br> Scott R. Williamson (*swilliamson@cftc.gov*) <br> 525 West Monroe Street, Suite 1100 <br> Chicago, Illinois  60661 <br> Tel.:  312-596-0700 <br> Fax:  312-596-0714 <br><br> *Counsel for Plaintiff* | By:  */s/ Kathleen S. McArthur* <br> Kenneth M. Raisler (*raislerk@sullcrom.com*) <br> Kathleen S. McArthur (*mcarthurk@sullcrom.com*) <br> Anthony Lewis (*lewisan@sullcrom.com*) <br> Suniti N. Mehta (*mehtas@sullcrom.com*) <br> 125 Broad Street <br> New York, NY  10004 <br> Tel.:  212-558-4000 <br> Fax:  212-558-3588 <br><br> *Counsel for Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, and HDR Global Services (Bermuda) Limited* <br><br> AKIN GUMP STRAUS HAUER & FELD LLP <br><br> By:  */s/ James J. Benjamin, Jr.* <br> James J. Benjamin, Jr. (*jbenjamin@akingump.com*) <br> Peter I. Altman (*paltman@akingump.com*) <br> Katherine R. Goldstein (*kgoldstein@akingump.com*) <br> One Bryant Park <br> New York, NY  10036 <br> Tel.:  (212) 872-1000 <br> Fax:  (212) 872-1002 <br><br> *Counsel for Arthur Hayes* |

-4-

LATHAM & WATKINS LLP

By: */s/ Douglas K. Yatter*
Douglas K. Yatter (*douglas.yatter@lw.com*)
Jack M. McNeily (*jack.mcneily@lw.com*)
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

*Counsel for Samuel Reed*

SO ORDERED

Date: 3/30/2021

Hon. Mary Kay Vyskocil
United States District Judge