UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
COMMODITY FUTURES TRADING :
COMMISSION, :
:
              Plaintiff, : Case No. 01:20-cv-08132-MKV
:
    v. :
: Hon. Mary Kay Vyskocil
HDR GLOBAL TRADING LIMITED, :
100X HOLDINGS LIMITED, ABS :
GLOBAL TRADING LIMITED, SHINE :
EFFORT INC LIMITED, HDR GLOBAL :
SERVICES (BERMUDA) LIMITED, :
ARTHUR HAYES, BEN PETER DELO, :
AND SAMUEL REED, :
:
              Defendants. :
:
---------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
<u>EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

      Plaintiff Commodity Futures Trading Commission (the "Commission") and Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, HDR Global Services (Bermuda) Limited, Arthur Hayes, Samuel Reed, and Ben Peter Delo (collectively, the "Defendants"), by and through their undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

      WHEREAS, on October 1, 2020, the Commission filed a Complaint (ECF No. 1) in the above-captioned action;

      WHEREAS, in its October 26, 2020 Order (ECF No. 31), the Court accepted all but Defendant Ben Peter Delo's waiver of service of the Complaint and ordered all other Defendants to move against, answer, or otherwise respond to the Complaint by January 15, 2021;

-2-

WHEREAS, on April 20, 2021, the Court accepted Defendant Ben Peter Delo's executed waiver of service of the Complaint, (ECF No. 48);

WHEREAS, in its January 12, 2021 Order (ECF No. 37), its February 11, 2021 Order (ECF No. 41), its March 30, 2021 Order (ECF No. 47), and its May 25, 2021 Order (ECF No. 52), the Court granted the parties' letter motions to extend the time to respond to the Complaint to July 27, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Commission and the Defendants, by and through their undersigned counsel, that Defendants will move against, answer, or otherwise respond to the Complaint by August 10, 2021, or such other later date as the Court may determine is appropriate.

Dated: July 23, 2021

Respectfully submitted,

| COMMODITY FUTURES TRADING COMMISSION | SULLIVAN & CROMWELL LLP |
|---|---|
| By: */s/ Elizabeth N. Pendleton*<br>Carlin Metzger (*cmetzger@cftc.gov*)<br>Joseph Platt (*jplatt@cftc.gov*)<br>Elizabeth N. Pendleton (*ependleton@cftc.gov*)<br>Scott R. Williamson (*swilliamson@cftc.gov*)<br>525 West Monroe Street, Suite 1100<br>Chicago, Illinois 60661<br>Tel.: 312-596-0700<br>Fax: 312-596-0714<br><br>*Counsel for Plaintiff* | By: */s/ Kathleen S. McArthur*<br>Kenneth M. Raisler (*raislerk@sullcrom.com*)<br>Kathleen S. McArthur (*mcarthurk@sullcrom.com*)<br>Anthony Lewis (*lewisan@sullcrom.com*)<br>Suniti N. Mehta (*mehtas@sullcrom.com*)<br>125 Broad Street<br>New York, NY 10004<br>Tel.: 212-558-4000<br>Fax: 212-558-3588<br><br>ALLEN & OVERY LLP<br><br>By: */s/ David Esseks*<br>David Esseks (*david.esseks@allenovery.com*)<br>Eugene Ingoglia (*eugene.ingoglia@allenovery.com*)<br>Gregory Mocek (*gregory.mocek@allenovery.com*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: 212-610-6300<br>Fax: 212-610-6399<br><br>*Counsel for Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc Limited, and HDR Global Services (Bermuda) Limited* |

-4-

        AKIN GUMP STRAUS HAUER & FELD LLP

        By: */s/ James J. Benjamin, Jr.*
        James J. Benjamin, Jr.
        (*jbenjamin@akingump.com*)
        Peter I. Altman (*paltman@akingump.com*)
        Katherine R. Goldstein
        (*kgoldstein@akingump.com*)
        One Bryant Park
        New York, NY 10036
        Tel.: (212) 872-1000
        Fax: (212) 872-1002

        *Counsel for Arthur Hayes*

        LATHAM & WATKINS LLP

        By: */s/ Douglas K. Yatter*
        Douglas K. Yatter (*douglas.yatter@lw.com*)
        Jack M. McNeily (*jack.mcneily@lw.com*)
        1271 Avenue of the Americas
        New York, NY 10020
        Tel: (212) 906-1200
        Fax: (212) 751-4864

        *Counsel for Samuel Reed*

        SMITH VILLAZOR LLP

        By: */s/ Patrick J. Smith*
        Patrick J. Smith
        (*patrick.smith@smithvillazor.com*)
        Andrew J. Rodgers
        (*andrew.rodgers@smithvillazor.com*)
        250 West 55th Street, 30th Floor
        New York, New York 10019
        Tel: (212) 377-0851

-5-

FOLEY HOAG LLP

By: */s/ Harlan A. Levy*
Harlan A. Levy (*hlevy@foleyhoag.com*)
1301 6th Avenue
New York, New York 10019
Tel: (646) 927-5500

*Counsel for Ben Delo*

SO ORDERED

Dated: July 26, 2021
    New York, New York

Hon. Mary Kay Vyskocil
United States District Judge