UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMM'N,

                Plaintiff,

-against-

HDR GLOBAL TRADING LTD., et al.,

                Defendants.

No. 1:20-CV-8132 (LTS)

---

## Order

On March 15, 2022, the Court received a letter from counsel for Defendant Ben Delo notifying the Court that Mr. Delo and Plaintiff, the Commodity Futures Trading Commission have reached a settlement-in-principle and requesting that the Court hold Mr. Delo's motion to dismiss in abeyance pending the parties' finalization of the contemplated settlement. (Docket entry no. 81.) The Court hereby terminates Mr. Delo's motion to dismiss the complaint in this action, see docket entry no. 75, without prejudice to reinstatement upon letter request should the settlement not be finalized.

The Clerk of Court is directed to terminate docket entry no. 75 without prejudice, This order resolves docket entry no. 81.

    SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge