# ALLEN & OVERY

**Via ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

Tel              212 610 6369
Fax             212 610 6399

Eugene.Ingoglia@AllenOvery.com

## MEMO ENDORSED

New York January 27, 2023

Re:   *CFTC v. HDR Global Trading Ltd. et al.*, No. 20-cv-08132 (S.D.N.Y)

Dear Judge Swain:

    We respectfully submit this letter on behalf of HDR Global Trading Limited ("HDR") and all other entity Defendants to the above referenced action to request that the Court close the docket with regards to those Defendants, as it has done for the individual Defendants to the action, Arthur Hayes, Benjamin Delo, and Samuel Reed.

    Plaintiff Commodity Futures Trading Commission ("CFTC") and entity Defendants have resolved all claims in this action through a consent order entered by this Court on August 10, 2021. (ECF No. 62)  We have confirmed with Plaintiff CFTC that they have no objection to this request.

Respectfully submitted,

*/s/ Eugene Ingoglia*
**Eugene Ingoglia**
Partner
Allen & Overy LLP

The foregoing request is granted.  The Clerk of Court is respectfully directed to terminate the remaining entity defendants and close the case.
SO ORDERED.
1/30/2023
/s/ Laura Taylor Swain, Chief USDJ

**Counsel for Defendants HDR Global Trading Limited, 100x Holdings Limited, ABS Global Trading Limited, Shine Effort Inc. Limited, and HDR Global Services (Bermuda) Limited**

cc:    Elizabeth N. Pendleton on behalf of the CFTC (*via email*)
      Carlin Metzger on behalf of the CFTC (*via email*)
      Joseph Platt on behalf of the CFTC (*via email*)

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.